## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Mason Gullett    08-1562
(full name)    (Register No).

_____

_____

Plaintiff(s).

v.

Jimmy bench et al.,
(Full name)

_____

_____

Defendant(s).

Case No. _____

Defendants are sued in their (check one):
___ Individual Capacity
X Official Capacity
___ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): M.S.L.P.C. 5351 Delmar Blvd. St. Louis, mo 63112

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff  Mason Gullett    Register No. 08-1562
   Address  301 Historic Route 66 East Suite 136
            Waynesville, Missouri 65583

B. Defendant  Jimmy Bench
   Is employed as  Sheriff

_____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:20-cv-03099-MDH   Document 1   Filed 03/27/20   Page 1 of 6

Mason Gollett        08-1562
(Full name)         (Register NC)

Case NC– _____

Plaintiff(s).

V.

Pam Sherrell
Marcus Robison
April Bryan
           Defendant(s).

Defendants are sued in their (check one)
___ Individual capacity
_X_ Official capacity
___ Both

II. Parties to this civil action

A. Plaintiff – Mason Gollett
   Address – 301 Historic Route 66 East
   Suite 136 Waynesville MO, 65583

B. Defendant – Pam Shellell
   Is employed as – Lieutenant

B. Defendant – Marcus Robison
   Is employed as – Sergeant

B. Defendant – April Bryan
   Is employed as – Lieutenant

III. Do your claims involve medical treatment? Yes ___ No _X_

IV. Do you request a jury trial? Yes ___ No _X_

V. Do you request money damages? Yes _X_ No ___

State the amount claimed? $1,000,000 00 ___ (actual/**punitive**)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes _X_ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes _X_ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No _X_

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
~~they act~~ those stated as defendants refuse to respond to my requests & grievences thus perventing me to fiel any complaints of other form on the kiosk

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes _X_ No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes _X_ No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: __Mason Garrett__ v. __Jimmy Bench et al.,__
          (Plaintiff)          (Defendant)
(2) Date filed: __January 27, 2020__

(3) Court where filed: Whittaker court house

(4) Case Number and citation: 20-3030-CV-S-MDH-P

(5) Basic claim made: Civil Rights vilation

(6) Date of disposition: unknown

(7) Disposition: resolved
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: Defendant
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

during my time in Puloski county jail I made multiple attempts (which were denied/ignored) to go to the Law Libery by kiosk & threw vilble request to Marcus Robison & Pam Sherrell until PAm Sherrell was Replaced by April Bryan to whem I've made more vi(si)ble attempts to go to the Law Libery until I eventinally spoke to sheriff jimmy Bench about being denied to go to the Law Libery, he ashered me that April Bryan would take care of it, out of the entiere 8 months of me being their I never was aloowed to go to the Law Libery.

B. State briefly your legal theory or cite appropriate authority:

dening me the ability to go to the Law Libery is a Civil Rights vilation protected by the 9Th Amendment of the U.S. Constitution

3

Case 6:20-cv-03099-MDH   Document 1   Filed 03/27/20   Page 4 of 6

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

hold those accountable for infringing on my rights by forcing them to pay the requested funds.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes____ No ✗

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

N/A

C. Have you previously had a lawyer representing you in a civil action in this court? Yes____ No ✗

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __24__ day of __march__ 2020

_____
Signature(s) of Plaintiff(s)

4

Mason Garrett 1-W
METROPOLITAN ST LOUIS PSYCHIATRIC CENTER
5351 DELMAR BOULEVARD
ST LOUIS MO 63112

MO 650-2969 (3-96)

RECEIVED

2020 MAR 27 PM 1:10

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Clerks office
United states district court
western district of missouri
1510 whittaker courthouse
400 E. 9th St.
Kansas City missouri 64106

64106-260801

02 1P
0000864132
MAILED FROM ZIP CODE 63112
MAR 25 2020
$000.65⁰
UNITED STATES POSTAGE
PITNEY BOWES